UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **REBECCA PETTIT, individually and behalf of all similarly situated individuals,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) | Case No. 4:24-CV-01373-NCC |
| **ACCREDO HEALTH GROUP INC.,** ) ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice (Doc. 22). Under Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. The Stipulation is signed by all parties. The parties communicated that they reached a settlement regarding Plaintiff's individual claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*. The parties do not submit the settlement for court approval and argue that court approval of their settlement is not necessary for dismissal of the action.

"[T]he law is unsettled as to whether judicial approval of a proposed settlement of FLSA claims is required in the absence of a certified class." *Boland v. Baue Funeral Home Co.*, No. 4:15-CV-00469 RLW, 2015 WL 7300507, at *1 (E.D. Mo. Nov. 18, 2015) (internal quotation marks and citation omitted). *See, e.g., King v. Raineri Const.*, LLC, No. 4:14-CV-1828 CEJ, 2015 WL 631253, at *1 (E.D. Mo. Feb. 12, 2015) (collecting cases); *see also Vines v. Welspun Pipes Inc.*, 9 F.4th 849, 853-54 (8th Cir. 2021) (noting that the Eighth Circuit has "acknowledged a split among the circuits over whether judicial approval is required for all FLSA settlements" and "declined to take a side on the issue," and choosing again to "leave the question of whether

judicial approval is required for all FLSA settlements for another day").

Because neither party seeks approval of the settlement, the Court is "loathe to address such complicated issues without receiving briefing from both 'sides' of the issues." *Shanley v. Evereve, Inc.*, 2022 WL 17076753, at *8 (D. Minn. Nov. 18, 2022). The Court will dismiss the case.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED with prejudice**.

Dated this 5th day of December, 2025.

_____
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE